**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PULSEDATA, INC.**  CIVIL ACTION NO.: 23 CIV. 3653

                                                                 *Plaintiff*

                       vs

**JUNG HOON SON**

                                                                 *Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **5/2/2023** at **3:42 PM** at **78 Riverside Dr., Apt. 3B, New York, NY 10024**

deponent served a(n) Summons in a Civil Action and Complaint with Exhibit 1, Civil Cover Sheet, Rule 7.1 Statement, Docket Sheet, Individual Rules and Practices in Civil Case of Jesse M. Furman, United States District Judge, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Electronic Case Filing Rules & Instructions

on **Jung Hoon Son**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: Asian (White)
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd day of May, 2023

NOTARY PUBLIC
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027

Juan Pimentel
License No.2066974