AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PULSEDATA, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23 Civ. 3653 |
| JUNG HOON SON ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant - Jung Hoon Son

Date:     06/02/2023

*Benjamin Joelson*
Attorney's signature

Benjamin R. Joelson - Bar #4767323
Printed name and bar number

Akerman LLP
1251 Avenue of the Americas
37th FL.
New York, NY 10020
Address

benjamin.joelson@akerman.com
E-mail address

(212) 880-3800
Telephone number

(212) 880-8965
FAX number