IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PULSEDATA, INC.

    Plaintiff,

v.

JUNG HOON SON,

    Defendant.
_____/

C.A. No. <u>23 Civ. 3653</u>

**JURY TRIAL DEMANDED**

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant states as follows:

Defendant has no corporate affiliates, subsidiaries, and/or parent corporations or publicly held corporations that own 10% of more of its stock.

    */s/ Benjamin R. Joelson*
Akerman LLP
1251 Avenue of the Americas
36th FL
New York, NY 10020
Telephone: (212) 880-3800
benjamin.joelson@akerman.com

Thomas G. Pasternak (*Pro Hac Vice Pending*)
Akerman LLP
71 South Wacker Drive
46th FL
Chicago, IL 60606
Telephone: (312) 634-5700
thomas.pasternak@akerman.com

Attorneys for Defendant
Jung Hoon Son

70748009;1