# EXHIBIT E
# (redacted)

Confirm in writing that you have returned all pulseData proprietary, confidential, and/or trade secret information in your possession and that you have ceased and desisted from using or sharing it in any way, including that you have removed all pulseData information from any system or database to which SmarterDX employees and engineers may have access.

**I have no personal computer that even has the internet set up other than the confiscated pulseData Laptop. There is no computer that can possibly have**

**I do not plan, nor have ANY DESIRE to replicate the $^{\text{REDACTED}}$ or the $^{\text{REDACTED}}$ $^{\text{REDACTED}}$, given how much criticism I received while working on them from the team.**

**The actual $^{\text{REDACTED}}$ rendering codebase has been inaccessible to me for a while. The CTO revoked my access in the summer 2022 (which contributed to why I am resigning) as I no longer have access to things that I helped create.** $^{\text{REDACTED}}$

I was supposed to sync up with pulseData's informaticist on Tuesday 2022-11-17 to knowledge transfer while walking this codebase with him, make improvements as part of $^{\text{REDACTED}}$ upgrade → but was unable to because of this "investigation period" so there's a chance no one can upgrade the $^{\text{REDACTED}}$ anymore (even myself)

**There is no pulseData codebase downloaded anywhere that I have access to or SmarterDx employees.**

Provide a detailed, written account of what pulseData Confidential Information, you accessed and/or downloaded—other than for the purposes of your employment at pulseData—and what you did with that information, including details on any devices or accounts to which you transferred the information;

**I personally believe that there was no pulseData Confidential Information shared, but I will give you an account of what was shared with SmarterDx.**

- There may be misunderstanding with pulseData's CTO, Hai Po Sun, who does not participate in pitch meetings - we also freely show images of the <sup>REDACTED</sup>, REDACTED in sales and pitch meetings without any NDA in place.
- It also has been openly discussed with the team that the screenshots of <sup>REDACTED</sup> and REDACTED should be on the website. Only thing that stopped us was the fact that the <sup>REDACTED</sup> licensing (refer to my transition document). Given this discussion, I find it tough to believe the screenshots of the <sup>REDACTED</sup> and REDACTED are considered "Confidential Information" or trade secrets.
- Screenshots of the <sup>REDACTED</sup> and REDACTED have been shared to the REDACTED, without any indication from pulseData that this was "Confidential Information". As all my posts generally have been monitored - other potential "Confidential Information" posts have been notified to be taken down after posting, when alerted by management.

**Although I personally do not think this is pulseData Confidential Information, but I am listing what I have shared:**

- I shared these as screenshots of REDACTED as personal "portfolio-of-work" presentation to Joshua Geleris at SmarterDx to better demonstrate my skill set and as a proof of having worked with healthcare datasets, with the intention being that it would convince them to a full-time employment at SmarterDx. (in healthcare, data display is not considered a trade secret - every EHR and care coordination vendor has their own data display. For example, HL7 CCDA formats CCDA stylesheets are [openly shared](#) to display the same data differently).
- I thought I shared these with Michael Gao (cofounder of SmarterDx) as well, but no such records exist. I only have shown him non-pulseData data

- visualization work instead, similarly as "portfolio of work" type presentation as above.
- The description of what's shared: sample sets of routinely available healthcare data (non-PHI data), formatted in [Tailwind CSS](#) templates downloadable using a UI template library that pulseData purchased ([Tailwind UI](#)) - sections of REDACTED were shared - I no longer have access to these so refer to the Transition document I was unable to finish (e.g. demographics table, REDACTED, eGFR trend chart, summary of comorbidities).
- As a background, SmarterDx needs much more detail than the REDACTED provide. CDI company's main role is parsing clinical notes and discharge summaries. REDACTED nor REDACTED extract any information from notes, nor does pulseData have clients who provide clinical notes.

List every person or organization with whom you shared pulseData's Confidential Information and how you shared it;

**Josh Geleris, cofounder, MD - screenshot example of portion of the** REDACTED. **Shared while tasked with creating a Mode (dashboard/reporting tool) report for a "Review status" page, to give him a sense of what data display/visualization techniques I have tried in the past.**

List all devices and accounts you used to access pulseData's Confidential Information either during or after your employment with pulseData;

**Devices I have access that had any code in it:**

- **pulseData's MacBook Pro M1**

**Devices I have access to that are broken and not used for a while.**

- **Razer Blade 14 (will return)**

**Phones:**

- **OnePlus3**

- **My Google 4A 5G has been broken for a while, unable to repair. It does not store code.**

Inform us of when you began performing any services, or began discussions to perform services, for SmarterDx;

- **October 24, 2022 (the day Gleeson announced quitting)**

Describe what work you have done for SmarterDx both before and since signing the Separation Agreement with pulseData; and

- **Before:**
    - **Learn about SmartDx's workflow, sales pipeline, read up on their company content (Notion, Slack, Mode)**
- **After: Two internal reports:**
    - **Created [Mode analytics](#) reports for their internal review status flags (e.g. "REVIEWED", "UNDER_REVIEW", "REJCTED"... etc).**
    - **Show which coding specialists (medical coding) have the highest/lowest rejection rates for triggers that SmarterDx queues the internal hospital CDS (clinical documentation specialist) teams.**
- **I was not paid for these services, nor am I on their payroll.**

Affirm that you will cease and desist from using or sharing any of pulseData's Confidential Information.

- **Other than the screenshots that are often openly shared, I have not shared and will not share any pulseData's Confidential Information.**