# EXHIBIT G

**Page Vault**

| | |
|---|---|
| Document title: | Fundraiser by Jung Hoon Son : Healthcare Tech Legal Defense |
| Capture URL: | https://www.gofundme.com/f/healthcare-tech-legal-defense |
| Page loaded at (UTC): | Thu, 01 Jun 2023 18:57:07 GMT |
| Capture timestamp (UTC): | Thu, 01 Jun 2023 19:00:24 GMT |
| Capture tool: | 10.21.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | aR5ns1ejKVfywi7rjd4drd |
| User: | lw-gdonovan |

PDF REFERENCE #:       doMJxzqj5R1pLkLKDECb4s

Search | How it works | Start a GoFundMe | gofundme | PSS | Your fundraisers | Share

# Healthcare Tech Legal Defense



 Jung Hoon Son is organizing this fundraiser.

Created 5 days ago  •  🏷️ Emergencies

**$750** raised of $25,000 goal

4 donations

**Share**

**Donate now**



Anonymous
$200  •  4 hrs

kshitij saxena
$100  •  23 hrs

Anonymous
$200  •  1 d

Kristin Lindquist
$250  •  3 d

Become an early supporter
Your donation matters

## Background

Hi everyone, my name is Jung Hoon Son. I am a physician, a trained pathologist (residency: New York Presbyterian - Columbia), who dove into healthcare tech wanting to combat impending physician burnout by better leveraging healthcare data.

I am forced to raise some funds immediately as a few unfortunate situations hit me concurrently:

- **pulseData's claim of "trade secret misappropriation"** (Lawsuit filed May 2023)
- **Terminal cancer (Stage 4 cholangiocarcinoma) of my mother-in-law** (Symptoms started in October 2022, delayed diagnosis in Feb 2023)
- **Personal financial strain** from the above events.

### 1. Claims of "Trade Secret Misappropriation": pulseData vs. Jung Hoon Son

- The trade secret misappropriation law is broken.
- I resigned from my role at a fledgling startup pulseData in November 2022, because I started to recognize that I was burning out from lack of ancillary support doing too much at a small company. With various external factors at play, the request for a simple 1 week off to recharge was unreasonably denied as well.
- The filed complaint mentions absolutely no details about the trade secret that I am allegedly misappropriating: it'd be really nice if they specify what trade secret they have.
- For everyone out there, and lawyers reading this who may want to get involved in the case, I do not possess any trade secrets, let alone having financially benefitted from anything. Instead, they keep pursuing me as I try to continue on my career path.

### 2. Mother-in-law's Stage 4 Cholangiocarcinoma

Meanwhile, one of the lingering thoughts in my head, as I resigned, was my mother-in-law's seemingly cancer-like symptoms - early satiety, strong aversion to food (she's a fantastic

- For everyone out there, and lawyers reading this who may want to get involved in the case, I do not possess any assets or revenue-generating financial tools to prevent them from anything. Instead, they keep pursuing me as I try to continue on my career path.

**2. Mother-in-law's Stage 4 Cholangiocarcinoma**
Meanwhile, one of the lingering thoughts in my head, as I resigned, was my mother-in-law's seemingly cancer-like symptoms - early satiety, strong aversion to food (she's a fantastic cook). My immediate thought: "this has to be stomach cancer, or cancer somewhere."

Their insurance oddly didn't cover the workup, so they had to reluctantly pay out of pocket for an upper/lower GI endoscopy, which gave her a false assurance that all is well ("chronic gastritis"). I had intended to take a breather from work and wanted to give my mother-in-law cash (out of pocket) to get a CT scan. I was planning to do that with the $20,000 severance pay, until these legal processes started.

Sadly... that workup got much delayed into February 2023 (just before I started my new role) related to insurance and need to get a "reason for CT" first.



A. CT guided core biopsy, liver:
    Positive for carcinoma, favor intrahepatic cholangiocar
note.

Note: Immunohistochemical stains show the tumor cells a
for CK7 and CD56, while negative for CK20, CDX2, synapto
chromogranin, GATA3, SOX10, ER, glypican-3, arginase1 a
PAX8 immunohistochemical stain shows nonspecific blus
The CD56 positivity with the lack of synaptophysin and ch
staining is considered to be nonspecific. Albumin-ISH is p
tumor cells. Immunohistochemical stain for INSM1 will be
an addendum. Block A2 is sufficient for molecular studies

**3. Major hit on personal finances**

- As stated before my severance was voided ($20k) after having worked there for 5 years on these allegations alone.
- I had a very end-of-the-year heavy (**$80k** annual+biannual bonus) compensation structure, which most likely would've reset to **$0** after my CPO left.
- No income for (November 2022-February 2023), as they sunk my likely job prospect at SmarterDx (they were hit with cease & desist, apologies for all the craziness)
- Like most physicians, I have always been deeply in debt (medical school loans amount to $350k+), so the proposed settlement citing any sort of "business damages" (what business damages did I possibly cause?) is substantial for my finances. **Isn't there a loose guidance of "don't squeeze a turnip" in law?**

Despite my attempts to resolve this matter quietly, the opposing counsel seems insistent on some substantial monetary settlement amount for the purported damages I caused, that FAR exceeds my ability to pay.

**Personal Relationships**

- I've forcefully been disconnected from a lot of my colleagues at pulseData.
- My marriage relationship is taking a hit because of this.
- I worry about my son, Mark, a 4-year-old energetic genius. I do love him, and currently cannot provide the best care for him since November 2022. He's already famous - was featured in the official NYC news outlets including MTA TikTok:
- https://www.tiktok.com/@mta/video/7158139087839317291
- https://patch.com/new-york/upper-west-side-nyc/little-upper-west-sider-mission-ride-every-train-nyc

$750 raised of $25,000 goal

4 donations

Share

Donate now

Anonymous
$200 • 4 hrs

kshitij saxena
$100 • 23 hrs

Anonymous
$200 • 1 d

Kristin Lindquist
$250 • 3 d

Become an early supporter
Your donation matters

currently cannot provide the best care for him since November 2022. He's already famous - was featured in the news + subway-related books including tiktok:

- https://www.tiktok.com/@mta/video/7158139087839317291
- https://patch.com/new-york/upper-west-side-nyc/little-upper-west-sider-mission-ride-every-train-nyc



**What I'll do with the money:**
Several law firms have quoted me:

- Retainer: $20-25k retainer to start
- Plus variable, outcome of the case: ranges from $30k-$50k+

If in any case the fundraiser goes above the goal, I'd gladly donate the extra to another healthcare worker in a legal mess, especially given that healthcare tech has been treating physicians and clinicians very poorly during this startup boom.

[ Donate ]   [ Share ]

## Organizer

**Jung Hoon Son**
Organizer
New York, NY

[ Contact ]

## Words of support (1)

Please donate to share words of support.

 **kshitij saxena**
$100 • 23 hrs
Dr. Son is a friend and professional colleague.

 Report fundraiser



$750 raised of $25,000 goal

4 donations

[ Share ]
[ Donate now ]

Anonymous
$200 • 4 hrs

kshitij saxena
$100 • 23 hrs

Anonymous
$200 • 1 d

Kristin Lindquist
$250 • 3 d

Become an early supporter
Your donation matters



 Organizer
New York, NY

Contact

$750 raised of $25,000 goal

4 donations

Share

Donate now

Anonymous
$200 • 4 hrs

kshitij saxena
$100 • 23 hrs

Anonymous
$200 • 1 d

Kristin Lindquist
$250 • 3 d

Become an early supporter
Your donation matters

## Words of support (1)

Please donate to share words of support.

**kshitij saxena**
$100 • 23 hrs

Dr. Son is a friend and professional colleague.

Report fundraiser

## Your easy, powerful, and trusted home for help

**Easy**
Donate quickly and easily.

**Powerful**
Send help right to the people and causes you care about.

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee.

gofundme

**Fundraise for**
- Medical
- Emergency
- Memorial
- Education
- Nonprofit
- Support COVID-19 fundraisers
- Crisis Relief

**Learn more**
- How GoFundMe Works
- Why GoFundMe
- Common questions
- Success stories
- Supported countries
- Charity fundraising
- Pricing

**Resources**
- Help center
- Blog
- GoFundMe Stories
- Press center
- Careers
- About
- More resources

United States · English

© 2010-2023 GoFundMe Terms Privacy Notice Legal Accessibility Statement

GET IT ON Google Play
Download on the App Store

Document title: Fundraiser by Jung Hoon Son : Healthcare Tech Legal Defense
Capture URL: https://www.gofundme.com/f/healthcare-tech-legal-defense
Capture timestamp (UTC): Thu, 01 Jun 2023 19:00:24 GMT









PageVault

| | |
|---|---|
| Document title: | Jung Hoon Son, M.D. on LinkedIn: pulseData vs. Jung Hoon Son |
| Capture URL: | https://www.linkedin.com/feed/update/urn:li:activity:7069809556985434112/ |
| Page loaded at (UTC): | Thu, 01 Jun 2023 17:54:50 GMT |
| Capture timestamp (UTC): | Thu, 01 Jun 2023 17:55:25 GMT |
| Capture tool: | 10.21.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 4pZ6icddt5VfceMXoBJotR |
| User: | lw-gdonovan |

PDF REFERENCE #:   fUyYyF2LUUtCcXYM36F541

LinkedIn

 Discover   People   Learning   Jobs   Join now   Sign in

## Jung Hoon Son, M.D.'s Post

**Jung Hoon Son, M.D.**
Knowledge Architect @ Cerevel // Informaticist // clinical data expert // knowledge mapper
18h

Lamenting about the U.S. legal system.

Why does even starting a defense for cases like this cost $20k+ as a retainer?!

"Innocent until proven rich" seems more fitting motto for our legal system. 😒

---

**Jung Hoon Son, M.D.**
Knowledge Architect @ Cerevel // Informaticist // clinical data expert // knowledge mapper
3d • Edited

**Navigating Legal, Tech, and Healthcare: Trade Secret Misappropriation and Terminal Cancer**

In a very puzzling move from my ex-employer **pulseData**, they've filed a lawsuit against me alleging that I misappropriated trade secrets. I have no trade secrets in possession and have not benefited in any way from my ex-employer's resources.

As a brief intro for those who don't follow me on LinkedIn, I combine an unusual set of skills & experience, sitting at the intersection of clinical experience, knowledge of U.S. healthcare scene, data viz, informatics, and data engineering. My training and skillset:

➡️ Pathologist (**NewYork-Presbyterian Hospital**)
➡️ Biomedical informaticist (**National Library of Medicine (NLM)** fellowship **Columbia University** )
➡️ Data visualization
➡️ Data engineering
➡️ Reforming U.S. healthcare via raising health awareness

In fact, the legal actions are draining the resources I would otherwise use to take care of my family and more immediately importantly - my mother-in-law, who has been diagnosed with **stage 4 cholangiocarcinoma (with metastasis)** and as a pathologist, this is not a good cancer to have even without metastatic lesions.

We are hoping she gets to enjoy this summer at least, but the very industry I've trained for (healthcare in the U.S.) is making every step of this journey so painfully - denying authorization for FDA approved drugs, denial of coverage GI workup for GI symptoms, recent denial of home care aide) along with this lawsuit draining the little resources I have.

Meanwhile, the plaintiff's counsel appears to be treating this case like a standard white-collar case, wanting to settle this case for hair under what it costs to defend over time. I bring this case to wider audience with hopes to:

➡️ **Find a reasonably priced defense counsel** (I do have sufficient income, just not $20k+ retainer NOW given the circumstances
➡️ **GoFundMe for raising funds for the defense** (retainer itself is quoted to be $25k):
https://gofund.me/3673bde7
➡️ **Possibility that someone reasonable on my ex-employer/opposing counsel side** will come to the realization they are squeezing a turnip (they are not open to reasonable negotiated amount & I have $400k+ in medical school debt).

I didn't expect to become a pioneer in navigating the healthcare tech's legal world / trade secret world, but I realized through this unpleasant experience that many organizations are treating fellow physician and clinician friends in similar manner.

If there is surplus from this fundraise - I will pledge to help some other clinicians in such legal situations in the future.

Attaching the complaint, if any lawyers can identify the "trade secret", let me know.

#healthcare #legal #medicine #healthcaretech #cancer #physician

pulseData vs. Jung Hoon Son • 16 pages

---



2,205 followers

717 Posts

View Profile    + Follow

**Explore topics**

Sales

Marketing

Business Administration

HR Management

Content Management

Engineering

Soft Skills

See All

As a brief intro for those who don't follow me on LinkedIn, I combine an unusual set of skills & experience, sitting at the intersection of clinical experience, knowledge of U.S. healthcare scene, data viz, informatics, and data engineering. My training and skillset:

➡️ Pathologist (NewYork-Presbyterian Hospital)
➡️ Biomedical informaticist (National Library of Medicine (NLM) fellowship Columbia University )
➡️ Data visualization
➡️ Data engineering
➡️ Reforming U.S. healthcare via raising health awareness

In fact, the legal actions are draining the resources I would otherwise use to take care of my family and more immediately importantly - my mother-in-law, who has been diagnosed with **stage 4 cholangiocarcinoma (with metastasis)** and as a pathologist, this is not a good cancer to have even without metastatic lesions.

We are hoping she gets to enjoy this summer at least, but the very industry I've trained for (healthcare in the U.S.) is making every step of this journey so painfully - denying authorization for FDA approved drugs, denial of coverage GI workup for GI symptoms, recent denial of home care aide) along with this lawsuit draining the little resources I have.

Meanwhile, the plaintiff's counsel appears to be treating this case like a standard white-collar case, wanting to settle this case for hair under what it costs to defend over time. I bring this case to wider audience with hopes to:

➡️ **Find a reasonably priced defense counsel** (I do have sufficient income, just not $20k+ retainer NOW given the circumstances
➡️ **GoFundMe for raising funds for the defense** (retainer itself is quoted to be $25k):
https://gofund.me/3673bde7
➡️ **Possibility that someone reasonable on my ex-employer/opposing counsel side** will come to the realization they are squeezing a turnip (they are not open to reasonable negotiated amount & I have $400k+ in medical school debt).

I didn't expect to become a pioneer in navigating the healthcare tech's legal world / trade secret world, but I realized through this unpleasant experience that many organizations are treating fellow physician and clinician friends in similar manner.

If there is surplus from this fundraise - I will pledge to help some other clinicians in such legal situations in the future.

Attaching the complaint, if any lawyers can identify the "trade secret", let me know.

#healthcare #legal #medicine #healthcaretech #cancer #physician



pulseData vs. Jung Hoon Son · 16 pages

2

Like        Comment        Share

To view or add a comment, sign in

HR Management
Content Management
Engineering
Soft Skills
See All

LinkedIn © 2023   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls
Community Guidelines   Language

Document title: Jung Hoon Son, M.D. on LinkedIn: pulseData vs. Jung Hoon Son
Capture URL: https://www.linkedin.com/feed/update/urn:li:activity:7069809556985434112/
Capture timestamp (UTC): Thu, 01 Jun 2023 17:55:25 GMT
Page 2 of 2