**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PULSEDATA, INC.,<br><br>                              Plaintiff,<br><br>      v.<br><br>JUNG HOON SON,<br><br>                              Defendant. | Case No. 1:23-cv-03653 (JMF)<br><br>**NOTICE OF MOTION**<br>**TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven J. Pacini, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff pulseData, Inc., in the above-captioned matter.

I am a member in good standing of the Bar of the State of Massachusetts, and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: July 6, 2023                  Respectfully Submitted,

      Boston, Massachusetts          **LATHAM & WATKINS LLP**

                                    /s/ Steven J. Pacini
                                    Steven J. Pacini
                                    200 Clarendon St
                                    Boston, MA 02116
                                    Tel.: (617) 948-6000
                                    Fax: (617) 948-6001
                                    Email: steven.pacini@lw.com

                                    *Attorneys for pulseData, Inc.*