UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PULSEDATA, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUNG HOON SON,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cv-03653 (JMF)<br><br>**DECLARATION OF STEVEN J. PACINI IN SUPPORT OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

I, STEVEN J. PACINI, declare as follows:

1. I am counsel at the law firm of Latham & Watkins LLP, and I am counsel for Plaintiff pulseData, Inc. I respectfully make this declaration in support of my Motion to Admit Counsel *Pro Hac Vice*. I have personal and first-hand knowledge of the facts set forth in this declaration.

2. I have been a member in good standing of the Bar of the State of Massachusetts since December 4, 2009. Attached as **Exhibit A** is a Certificate of Good Standing from the State of Massachusetts, which was issued on July 6, 2023.

3. I have never been convicted of a felony or been the subject of any criminal conviction. I have never been censured, suspended, disbarred, or denied admission or readmission by any federal or state court in the United States. I have never been the subject of a disciplinary sanction, and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Plaintiff pulseData, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven J. Pacini
　　　　　　　　　　　　　　　　　　　　　　　　Steven J. Pacini