UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PULSEDATA, INC.,<br><br>                            Plaintiff,<br>v.<br>JUNG HOON SON,<br><br>                            Defendant. | Case No. 1:23-cv-03653 (JMF)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

The motion of Steven J. Pacini, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Massachusetts; and that his contact information is as follows:

Applicant's Name: Steven J. Pacini

Firm Name: Latham & Watkins LLP

Address: 200 Clarendon Street

City/State/Zip: Boston, MA 02116

Telephone: (617) 948-6000

Fax: (617) 948-6001

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff pulseData, Inc., in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2023

_____
United States District Judge Jesse M. Furman