**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | | |
|---|---|---|
| PULSEDATA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23 cv 3653 - JMF |
| -against- | ) | |
| | ) | **MOTION FOR ADMISSION** |
| JUNG HOON SON, | ) | |
| | ) | **PRO HAC VICE** |
| Defendant. | ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas G. Pasternak hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Jung Hoon Son in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Date:  July 5, 2023          Respectfully Submitted,

Applicant Signature: _J.L.P.t_

Applicant Name:     Thomas G. Pasternak

Firm Name:          Akerman LLP

Address:            71 South Wacker Drive, 46th FL.

City/State/Zip:     Chicago, IL 60606

Telephone/Fax:      (312) 634-5700 / (312) 424-1900

Email:              thomas.pasternak@akerman.com

71322443;1