UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PULSEDATA, INC., | ) | |
|              Plaintiff, | ) | Case No. 1:23 cv 3653 - JMF |
| -against- | ) | **AFFIDAVIT OF** |
| JUNG HOON SON, | ) | **THOMAS G. PASTERNAK** |
|              Defendant. | ) | |

STATE OF ILLINOIS    )
                               ) ss
COUNTY OF COOK    )

       I, Thomas G. Pasternak, swear the following is true:

1. I am an adult resident of Illinois.

2. I make this Affidavit upon personal knowledge.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings against me.

_/s/ Thomas G. Pasternak_
Thomas G. Pasternak

Subscribed and sworn to before me this
5th day of July, 2023.

_/s/ Elida Asa_
Notary Public, State of Illinois

My Commission expires 7/31/26

OFFICIAL SEAL
ELIDA ASA
Notary Public - State of Illinois
My Commission Expires 07/31/2026

71323348;1