# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Thomas Gerard Pasternak

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Thomas Gerard Pasternak was duly admitted to practice in said Court on (12/19/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/09/2023 )

Thomas G. Bruton , Clerk,

By:  Ellen Reyes
     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ELLENREYES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
June 9, 2023