UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
PULSEDATA, INC.,
:
:
:
                Plaintiff,        :        23-CV-3653 (JMF) (GWG)
:
      -v-           :        ORDER OF REFERENCE
:        TO A MAGISTRATE
JUNG HOON SON,        :        JUDGE
:
                Defendant.        :
:
------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

      The parties are directed to contact the Chambers of the Magistrate Judge to whom the case is reassigned no later than **July 14, 2023**, to schedule a settlement conference.

      SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                                             _____
                                                             JESSE M. FURMAN
                                                             United States District Judge