UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PULSEDATA, INC.,<br><br>                      Plaintiff,<br><br>  v.<br><br>JUNG HOON SON,<br><br>                      Defendant. | Case No. 1:23-cv-03653 (JMF)<br><br>**DECLARATION OF DI AI<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

I, DI AI, declare as follows:

    1.     I am an associate at the law firm of Latham & Watkins LLP, and I am counsel for Plaintiff pulseData, Inc. I respectfully make this declaration in support of my Motion to Admit Counsel *Pro Hac Vice*. I have personal and first-hand knowledge of the facts set forth in this declaration.

    2.     I have been a member in good standing of the Bar of the State of Massachusetts since November 14, 2022. Attached as **Exhibit A** is a Certificate of Good Standing from the State of Massachusetts, which was issued on July 6, 2023.

    3.     I have never been convicted of a felony or been the subject of any criminal conviction. I have never been censured, suspended, disbarred, or denied admission or readmission by any federal or state court in the United States. I have never been the subject of a disciplinary sanction, and there are no disciplinary proceedings presently pending against me.

    Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Plaintiff pulseData, Inc.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2023

                                                                                         /s/ Di Ai
                                                                                        Di Ai