UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PULSEDATA, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 1:23 cv 3653 - JMF |
| -against- | ) | |
| | ) | **NOTICE OF MOTION** |
| JUNG HOON SON, | ) | **AND MOTION TO ADMIT COUNSEL** |
| | ) | **PRO HAC VICE** |
|     Defendant. | ) | |

To All Parties and their Counsel of Record:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas G. Pasternak hereby moves this Court for an Order to practice Pro Hac Vice to appear as counsel for Jung Hoon Son in the above-captioned action.

I am in good standing of the Bar of the State of Illinois and a Certificate of Good Standing is attached to the supporting affidavit as Exhibit 1. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 10, 2023                                          Respectfully Submitted,

                                                              Applicant Signature: _/s/ T. Pasternak_
                                                              Applicant Name:      Thomas G. Pasternak
                                                              Firm Name:              Akerman LLP
                                                              Address:                    71 South Wacker Drive, 46th FL.
                                                              City/State/Zip:         Chicago, IL 60606
                                                              Telephone/Fax:       (312) 634-5700 / (312) 424-1900
                                                              Email:                         thomas.pasternak@akerman.com

71322443;1