UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PULSEDATA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23 cv 3653 - JMF |
| -against- | ) | |
| | ) | **AFFIDAVIT OF** |
| JUNG HOON SON, | ) | **THOMAS G. PASTERNAK** |
| | ) | |
| Defendant. | ) | |

I, Thomas G. Pasternak, swear the following is true:

1. I am a Partner at the law firm Akerman LLP and I am counsel for Defendant Jung Hoon Son. I respectfully make this Affidavit in support of my Motion to Admit Counsel *Pro Hac Vice*. I have personal and first-hand knowledge of the facts set forth hereto.

2. I am a member in good standing of the Bar of the State of Illinois. Attached as Exhibit 1 is a Certificate of Good Standing, issued on July 7, 2023.

3. I have never been convicted of a felony or have been subject of any criminal conviction. I have never been censured, suspended, disbarred or denied admission or readmission by any federal or state court in the United States.

5. There are no disciplinary proceedings against me.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2023

_____
Thomas G. Pasternak

71323348;1