UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PULSEDATA, INC., </br></br> Plaintiff, </br></br> -against- </br></br> JUNG HOON SON, </br></br> Defendants. | Case No. 1:23 cv 3653 - JMF </br></br> **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Thomas G. Pasternak, to appear and to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Thomas G. Pasternak |
| Firm Name: | Akerman LLP |
| Address: | 71 South Wacker Drive, 46th FL. |
| City / State/ Zip: | Chicago, IL 60606 |
| Telephone / Fax: | (312) 634-5700 / (312) 424-1900 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jung Hoon Son, in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                 United States District Judge

71322147;1