July 10, 2023

**VIA ELECTRONIC FILING**
The Honorable Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street
Room 740
New York, NY 10007

      **RE:**    ***pulseData, Inc. v. Jung Hoon Son,***
              <u>**Civil Action No. 1:23-cv-03653-JMF**</u>

Dear Judge Moses:

      The parties in the above-referenced matter write to request the scheduling of a settlement conference on Tuesday, August 22, 2023 at 2:15pm ET.  Given that lead counsel for both parties are in different cities, the parties request that the settlement conference be conducted remotely via Zoom.

                                                                  Respectfully submitted,

                                                                  <u>/s/ Steven J. Pacini</u>
                                                                  Steven J. Pacini (admitted *pro hac vice*)
                                                                  Of Latham & Watkins LLP
                                                                  Counsel for Plaintiff

cc: Counsel of Record (via E-Filing)