UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PULSEDATA, INC., )
)
          Plaintiff, )
) Case No. 1:23 cv 3653 - JMF
-against- )
) **AFFIDAVIT OF**
JUNG HOON SON, ) **THOMAS G. PASTERNAK**
)
          Defendant. )

I, Thomas G. Pasternak, swear the following is true:

1. I am a Partner at the law firm Akerman LLP and I am counsel for Defendant Jung Hoon Son. I respectfully make this Affidavit in support of my Motion to Admit Counsel *Pro Hac Vice*. I have personal and first-hand knowledge of the facts set forth hereto.

2. I am a member in good standing of the Bar of the State of Illinois. Attached as Exhibit 1 is a Certificate of Good Standing, issued on July 7, 2023.

3. I have never been convicted of a felony or have been subject of any criminal conviction. I have never been censured, suspended, disbarred or denied admission or readmission by any federal or state court in the United States.

5. There are no disciplinary proceedings against me.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2023

                                                                                           Thomas G. Pasternak

Subscribed and sworn to before me
this 11th day of July, 2023.

_____
Notary Public, State of Illinois

My Commission expires 7/31/26

OFFICIAL SEAL
ELIDA ASA
Notary Public - State of Illinois
My Commission Expires 07/31/2026

71323348;1