AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| pulseData, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:23-cv-03653-JMF |
| Jung Hoon Son | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jung Hoon Son.

Date: 07/12/2023

*Attorney's signature*

Thomas G. Pasternak (Illinois 6207512)
*Printed name and bar number*
Akerman LLP
71 S. Wacker Drive, Ste. 46
Chicago, Illinois 60606

*Address*

thomas.pasternak@akerman.com
*E-mail address*

(312) 634-5700
*Telephone number*

*FAX number*